Rex K. Daines, OSB #95244
OlsenDaines, PC
P.O. Box 12829
3995 Hagers Grove Rd. SE
Salem, OR   97313
Telephone (503) 362-9393
Facsimile (503) 362-1375
Email   rdaines@olsendaines.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   19-32224-tmb13 |
| | ) | |
| Travis Scott Wolpin | ) | |
| Crystal Rose Wolpin | ) | STIPULATION |
| | ) | SUBSTITUTING |
| | ) | ATTORNEY |
| Debtors | ) | |

IT IS HEREBY STIPULATED that Rex K. Daines is substituted as attorney in place of

Aaron R. Varhola in the above-entitled proceeding.


###

So Stipulated:

OLSENDAINES                          Kivel & Howard, LLP

By: /s/ Rex K. Daines_____          By: /s/ Aaron R. Varhola_____
Rex K. Daines, OSB #95244            Aaron R. Varhola, OSB #974201

Cc: Rex K. Daines, Aaron R. Varhola, Travis & Crystal Wolpin, Debtors


STIPULATION SUBSTITUTING ATTORNEY